```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 36503
   ARTHUR WYNN
   CARMELA WYNN                              CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-1929    SSN XXX-XX-1863

---------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------
     The case was filed on 10/01/2004 and was confirmed 03/04/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 01/14/2008.
---------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
---------------------------------------------------------------------
DRIVE FINANCIAL SERVICES  SECURED            8485.79       652.12         8485.79
CHASE MANHATTAN BANK      CURRENT MORTG          .00          .00             .00
CHASE MANHATTAN BANK      MORTGAGE ARRE     2323.63          .00         2323.63
INTERNAL REVENUE SERVICE  PRIORITY          2565.77          .00         2565.77
ADT                       UNSECURED       NOT FILED          .00             .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         6765.25          .00         6765.25
COMCAST                   UNSECURED       NOT FILED          .00             .00
IVANHOE DENTAL GROUP      UNSECURED       NOT FILED          .00             .00
NICOR GAS                 UNSECURED       NOT FILED          .00             .00
T-MOBILE BANKRUPTCY       UNSECURED          247.06          .00          247.06
ULTRA CARE HOME MED       UNSECURED       NOT FILED          .00             .00
AMERICREDIT               UNSECURED         2348.72          .00         2348.72
INTERNAL REVENUE SERVICE  UNSECURED          117.83          .00          117.83
CHECK N GO                UNSECURED OTH     196.30          .00          171.80
ZALUTSKY & PINSKI LTD     DEBTOR ATTY      2,694.00                     2,694.00
TOM VAUGHN                TRUSTEE                                       1,532.84
DEBTOR REFUND             REFUND                                          479.52

     Summary of Receipts and Disbursements:
---------------------------------------------------------------------
                   RECEIPTS             DISBURSEMENTS
---------------------------------------------------------------------
TRUSTEE           28,384.33

PRIORITY                                    2,565.77
SECURED                                    10,809.42
    INTEREST                                  652.12
UNSECURED                                   9,650.66
ADMINISTRATIVE                              2,694.00
TRUSTEE COMPENSATION                        1,532.84
DEBTOR REFUND                                 479.52
                                       ---------------   ---------------

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 36503 ARTHUR WYNN & CARMELA WYNN
```

Case 04-36503    Doc 49    Filed 06/13/08    Entered 06/13/08 18:05:21    Desc Main
                           Document      Page 2 of 2

```
TOTALS                               28,384.33           28,384.33
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 06/13/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```

                        PAGE   2
        CASE NO. 04 B 36503 ARTHUR WYNN & CARMELA WYNN